| | |
|---|---|
| 1 | Ethan Jacobs, 291838 |
| 2 | 415-275-0845 |
|   | Ethan Jacobs Law |
| 3 | 100 Pine Street Suite 1250, |
|   | San Francisco, CA 94111 |
| 4 | Representing: Plaintiff |

File No.

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Global Data Strategy, Ltd

      Plaintiff/Petitioner

      vs.

TWITTER, INC., et al.

      Defendant/Respondent

Case No. 23-cv-02266-SK

Proof of Service of:

Summons, Complaint, Civil Case Cover Sheet, Notice Of A Lawsuit And Request To Waive Service Of A Summons, Waiver of the Service of Summons, Notice of Assignment to Magistrate Judge with Election Form, Brochure - Consenting to the Jurisdiction of a Magistrate Judge, ECF Registration Information, Standing Order for All Judges of the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines

Service on:

  Twitter, Inc.

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#20397196

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ethan Jacobs, 291838<br>Ethan Jacobs Law<br>100 Pine Street Suite 1250,<br>San Francisco, CA 94111 | 415-275-0845 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Global Data Strategy, Ltd

DEFENDANT:
TWITTER, INC., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>23-cv-02266-SK |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Case Cover Sheet, Notice Of A Lawsuit And Request To Waive Service Of A Summons, Waiver of the Service of Summons, Notice of Assignment to Magistrate Judge with Election Form, Brochure - Consenting to the Jurisdiction of a Magistrate Judge, ECF Registration Information, Standing Order for All Judges of the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served: Twitter, Inc.

3. Person Served: CT Corporation System- Daisy Montenegro, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/12/2023    12:23PM

5. Address, City and State: 330 North Brand Blvd, #700
   Glendale, CA 91203

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 2019217220
Jessica Brown
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/12/2023 at Petaluma, California.

Signature: _____
Jessica Brown

OL# 20397196