Ethan Jacobs (SBN 291838)
Ethan Jacobs Law Corporation
100 Pine St., Suite 1250
San Francisco, California 94111
Telephone:    (415) 275-0845
ethan@ejacobslaw.com

Attorneys for Plaintiff
Global Data Strategy, Ltd

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Global Data Strategy Ltd,<br><br>Plaintiff,<br><br>v.<br><br>Twitter, Inc. and X Corp., Inc,<br><br>Defendants. | Case Number:  3:23-cv-02266-SK<br><br>**PLAINTIFF GLOBAL DATA STRATEGY, LTD'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Global Data Strategy, Ltd, through the undersigned, hereby discloses its parent corporations and publicly held companies owning 10% or more of stock (if any) as follows: None.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Donna Burbank.

Dated: May 15, 2023                        ETHAN JACOBS LAW CORPORATION


                                           By:    /s/ Ethan Jacobs
                                                  ETHAN JACOBS
                                                  Attorneys for Plaintiff
                                                  Global Data Strategy, Ltd

2

PLAINTIFF GLOBAL DATA STRATEGY LTD'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS