1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for Defendant X CORP., as
   successor in interest to second named
6  Defendant Twitter, Inc.

7  ETHAN JACOBS (SBN 291838)
   ethan@ejacobslaw.com
8  ETHAN JACOBS LAW CORPORATION
   100 Pine Street, Suite 1250
9  San Francisco, CA  94111
   Telephone:  (415) 275-0845
10
   Attorneys for Plaintiff
11 GLOBAL DATA STRATEGY, LTD.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  Global Data Strategy, Ltd,                Case No. 3:23-cv-02266-SK

17              Plaintiff,                    **JOINT STIPULATION EXTENDING
                                              DEADLINE TO RESPOND TO
18        v.                                  COMPLAINT PURSUANT TO CIVIL
                                              LOCAL RULE 6-1(a)**
19  Twitter, Inc. and X Corp., Inc.,

20              Defendants.

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 6-1(a), plaintiff Global Data Strategy, Ltd ("Global Data")
2 and defendant X Corp., as successor in interest to second named defendant Twitter, Inc.
3 ("Twitter"), by and through their respective attorneys of record, hereby stipulate to extend
4 Twitter's deadline to respond to the complaint by 21 days from June 2, 2023, to June 23, 2023.
5   WHEREAS, on May 10, 2023, Global Data filed its Complaint in this Court.
6   WHEREAS, on May 12, 2023, Global Data served the Complaint and the summons on
7 Twitter.
8   WHEREAS, Twitter has requested, and Global Data has agreed under Civil Local Rule 6-
9 1(a), to extend the deadline for Twitter to respond to the Complaint by 21 days, from June 2,
10 2023, to June 23, 2023.
11   WHEREAS, the extension of time to respond to the Complaint will not alter the date of
12 any event or deadline already fixed by Court order.
13   WHEREAS, the extension of time to respond to the Complaint is not sought for the
14 purpose of unnecessary delay.
15   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
16 Twitter's deadline to file its motion to dismiss shall be extended 21 days to June 23, 2023.

Dated:  June 1, 2023            WHITE & CASE LLP

                                By: */s/ J. Jonathan Hawk*
                                    J. Jonathan Hawk

                                Attorneys for Defendant X CORP., as successor in
                                interest to second named Defendant Twitter, Inc.

Dated:  June 1, 2023            ETHAN JACOBS LAW CORPORATION

                                By: */s/ Ethan Jacobs*
                                    Ethan Jacobs

                                Attorneys for Plaintiff
                                GLOBAL DATA STRATEGY, LTD.

### **DECLARATION OF J. JONATHAN HAWK**

I, J. Jonathan Hawk, declare:

1. I am a partner of the law firm White & Case LLP, attorneys of record in this action for defendant X Corp., as successor in interest to second named defendant Twitter, Inc. ("Twitter"). I have personal knowledge of the facts set forth herein and could testify competently thereto if called upon to do so.

2. Ethan Jacobs, Global Data Strategy, Ltd.'s attorney of record, concurred in the filing of the attached joint stipulation, which concurrence shall serve in lieu of his signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after resolution of the action, including appeal, if any.

Dated: June 1, 2023        WHITE & CASE LLP

By: */s/ J. Jonathan Hawk*
       J. Jonathan Hawk

Attorneys for Defendant X CORP., as successor in interest to named Defendant Twitter, Inc.