| | |
|---|---|
| 1 | J. JONATHAN HAWK (SBN 254350) |
| 2 | jhawk@whitecase.com<br>WHITE & CASE LLP |
| 3 | 555 South Flower Street, Suite 2700<br>Los Angeles, CA  90071-2433 |
| 4 | Telephone:  (213) 620-7700<br>Facsimile:  (213) 452-2329 |

Attorneys for Defendant X CORP., as successor in interest to second named Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Strategy, Ltd,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-02266-SK<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to x Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant X Corp., as successor in interest to second named defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists.  X Corp. is a privately held corporation.  Its parent corporation is X Holdings Corp.  No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp.

The undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  June 1, 2023

WHITE & CASE LLP

By: */s/ J. Jonathan Hawk*
    J. Jonathan Hawk

Attorneys for Defendant X CORP., as successor in interest to second named Defendant Twitter, Inc.