DocuSign Envelope ID: 616CE10D-2B57-4855-8472-47FEAED4AE80

J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant X CORP., as successor in interest to second named Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Strategy, Ltd,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Twitter, Inc. and X Corp., Inc,<br><br>　　　　　Defendants. | No. 3:23-cv-02266-EMC<br><br>**DECLARATION OF DHRUV BATURA IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**DECLARATION OF DHRUV BATURA**

I, Dhruv Batura, declare as follows

1. I am currently Senior Director, Finance of X Corp., a wholly-owned subsidiary of X Holdings Corp. ("X Holdings"). In my role, I have acquired personal knowledge of X Holdings' owners/shareholders and X Holdings' policy relating to the confidentiality of its business and financial information, including the identities of its owners/shareholders. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and/or information to which I have access.

2. I submit this declaration in support of the Administrative Motion to File Under Seal, filed by Defendant X Corp., as successor in interest to second named Defendant Twitter, Inc. ("Twitter") in *Global Data Strategy, Ltd. v. Twitter, Inc. et al.,* No. 3:23-cv-02266-EMC.

3. The owners/shareholders of X Holdings include various individual persons, private family and other trusts, and other private entities (such as funds, LLCs and corporations). As a matter of routine practice and policy, X Holdings does not publish or make publicly available information regarding its owners/shareholders and treats such information as confidential. Individuals and entities investing and taking an ownership interest in a private corporation such as X Holdings expect that such information will remain private. The disclosure of such information violates this expectation of privacy. Also, in certain cases, X Holdings is contractually bound to keep such information confidential.

4. The wholesale disclosure of information regarding its owners/shareholders potentially could enable X Holdings' competitors to undermine X Holdings' competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of X Holdings in negotiations or other business affairs, or otherwise prejudice X Holdings' business interests. To that end, X Holdings has policies that prohibit employees from accessing information beyond what is reasonably necessary to perform their duties, limiting access to certain non-public information, permitting access to documents and data on a need-to-know basis, and requiring employees to sign confidentiality agreements.

5. I understand that the Twitter's Administrative Motion to File Under Seal requests that the Court maintain information regarding the identities of X Holdings' owners/shareholders under seal. This information is private and confidential, and the disclosure of such information would be injurious to the owners/shareholders for the reasons stated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2023 in ___New York_____, New York

                                                   DocuSigned by:
                                                   *Dhruv Batura*
                                             _____46B401C200EA498...____
                                                     Dhruv Batura