1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for Defendant X CORP., as successor in interest to second named
6  Defendant Twitter, Inc.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  Global Data Strategy, Ltd,               No. 3:23-cv-02266-EMC

12              Plaintiff,
                                             **[PROPOSED] ORDER GRANTING
                                             UNOPPOSED ADMINISTRATIVE
13       v.                                  MOTION TO FILE UNDER SEAL**

14  Twitter, Inc. and X Corp., Inc,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered the papers submitted by named Defendant X Corp., as successor in interest to second named Defendant Twitter, Inc. ("**Twitter**"), in support of its Unopposed Administrative Motion to File Under Seal (the "**Unopposed Motion**"), hereby **GRANTS** the Unopposed Motion in its entirety. The Court orders that portions of Twitter's Supplemental Corporate Disclosure Statement shall be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Supplemental Corporate Disclosure Statement at pages, lines 1:10 through 5:6. | Batura Declaration, ¶¶ 3, 4, 5. | |

**IT IS SO ORDERED**.

Dated: _____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE