1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for Defendant X CORP., as
   successor in interest to second named
6  Defendant Twitter, Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  Global Data Strategy, Ltd,                    No. 3:23-cv-02266-EMC

12          Plaintiff,                            [~~PROPOSED~~] **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

13      v.

14  Twitter, Inc. and X Corp., Inc,

15          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL; NO. 3:23-CV-02266-EMC

The Court, having considered the papers submitted by named Defendant X Corp., as successor in interest to second named Defendant Twitter, Inc. ("**Twitter**"), in support of its Unopposed Administrative Motion to File Under Seal (the "**Unopposed Motion**"), hereby **GRANTS** the Unopposed Motion in its entirety. The Court orders that portions of Twitter's Supplemental Corporate Disclosure Statement shall be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Supplemental Corporate Disclosure Statement at pages, lines 1:10 through 5:6. | Batura Declaration, ¶¶ 3, 4, 5. | |

**IT IS SO ORDERED**.

Dated:   6/26/2023

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE