ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiff
Global Data Strategy, Ltd

J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for X Corp., as successor in interest
to named defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Strategy, Ltd,<br><br>   Plaintiff,<br><br>  v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>   Defendants. | No. 3:23-cv-02266-EMC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Global Data Strategy, Ltd, and X Corp., as successor in interest to named defendant Twitter, Inc. hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| Dated: October 5, 2023 | ETHAN JACOBS LAW CORPORATION |
| | By: /s/ Ethan Jacobs |
| |       Ethan Jacobs |
| | Attorneys for Plaintiff<br>GLOBAL DATA STRATEGY, LTD |
| Dated: October 5, 2023 | WHITE & CASE LLP |
| | By: /s/ J. Jonathan Hawk |
| |       J. Jonathan Hawk |
| | Attorneys for X CORP., as successor in interest to named defendant Twitter, Inc. |

**FILER'S ATTESTATION**

I, Ethan Jacobs, am the ECF user whose identification and password are being used to file the Stipulation of Dismissal of Action with Prejudice. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Ethan Jacobs