ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:  (415) 275-0845

Attorneys for Plaintiff
Global Data Strategy, Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Strategy, Ltd,<br><br>   Plaintiff,<br><br> v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>   Defendants. | No. 3:23-cv-02266-EMC<br><br>[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.

Dated this  24   day of October 2023.

                 _____
                 Hon. Edward M. Chen
                 United States ~~Magistrate~~ **District** Judge